UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHEJIANG TOPOINT PHOTOVOLTAIC CO., LTD.          Plaintiff,

-v-

G&S SOLAR INSTALLERS, LLC

Defendant.

Case No. 19-5078

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Zhejiang Topoint Photovoltaic Co., Ltd.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 5/30/2009

**Signature of Attorney**

**Attorney Bar Code:** TG-1977

Form Rule7_1.pdf   SDNY Web 10/2007