

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800   F 973.436.5801

**Aaron H. Gould**
Associate
Direct Dial 973.436.5788
agould@connellfoley.com

July 31, 2019

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Zhejiang Topoint Photovoltaic Co., Ltd. v. G&S Solar Installers, LLC
             Civil Case No. 1:19-cv-05078-VSB

Dear Judge Broderick:

    This firm represents Respondent, G&S Solar Installers, LLC ("G&S").  Pursuant to the Court's July 26, 2019 Order, G&S consents to the transfer of this matter to the United States District Court for the District of New Jersey.

    Thank you for Your Honor's time and consideration of this matter.

                                   Respectfully submitted,

                                   */s/ Aaron Gould*

                                   Aaron H. Gould

cc:    All Counsel of Record (via ECF)